82,509-01

Jaime Covarrubias #939535

Michael, 2664 FM 2054

Tennessee Colony Tx., 75886

Clerk, Able Acosta

Crt. Crim. Appeals

P.O. Box 12308  Capitol Station

Austin Texas 78711

March 12, 2015

re: wr-82,509-01; tr. crt. no. w99-32080-v(A) status and related concern

Dear Clerk,

I do not know what the status of my case is. Prior to this letter I filed a motion requesting that the court order the 292nd District clerk to provide me with a copy of the notice and court findings of fact and conclusions of law. I did so once I received your notice that my writ was filed and presented. My motion was denied.

Once again I'm asking that copies of the lower courts notice and findings of fact..be provided to me along with any documents made part of the case since your Court received my Writ.

I also would like a status report or docket sheet indicating what has been done since the filing and with my writ.

I am willing to pay for these documents or can have my brother Victor Covarrubias pay for them so long as they are mailed to me perhaps even by certified mail. Please respond promptly. Thankyou.

Sincerely,

Jaime Covarrubias, Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

EX Parte                                    §     IN THE TEXAS COURT
JAIME COVARRUBIAS                           §     OF CRIMINAL APPEALS
                                            §

## MOTION FOR STATUS DOCUMENTS

COMES NOW, the Applicant Jaime Covarrubias, prose, and asks the Court to provide the following documents: indicating the status of the case; any documents filed since the court denied applicant's Motion For Court Order,"; and a copy of any notice and findings of fact and conclusions of law filed by the 292nd Judicial District Court in this case. In reliance on Article 11.07 of the Code of Crim. Proc. Applicant presents the following.

1. Since the notice of filing and presentation of the writ of habeas corpus Applicant has not received any other document indicating what if any, action was taken on the Writ; or related documentation.

2. Applicant asks that any such documents be sent to him. Including any documents that may have been filed after December 1, 2014.

3. Applicant asks that the Court make available to him any findings of fact and conclusions of law and notice filed by the 292nd Judicial District Court in this cause number.

4. Applicant did not receive either document requested in paragraph "3", prior to or after the 11.07 being transmitted to the Court of Criminal Appeals.

5. Applicant also asks that the Court inform him of the status of writ no. 82,509-01.

CONCLUSION AND PRAYER: Applicant asks that the Court provide him with all requested documents and prays the Court will do so.

Respectfully submitted,

Jaime Covarrubias, Pro Se
Michael, 2664 FM 2054
Tennessee Colony Tx. 75886

1

## UNSWORN DECLARATION

I Jaime Covarrubias being presently incarcerated in the Michael Unit do declare under the penalty of perjury that the contents of this motion are true and correct under the penalty of perjury.

Signed this March 12, 2015.

Jaime Covarrubias, Pro Se

## CERTIFICATE OF SERVICE

Applicant has mailed a copy of this Motion to Christine Womble, Asst. Dist. Attorney, Frank Crowley Courts Bldg., 133 N. Riverfront Blvd., LB-19, Dallas Tx., 75207-4399 by U.S. Postal Service postage prepaid on March 12, 2015.

Jaime Covarrubias, Pro Se

2